# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK B. PIERRE

NO. 2024 KW 0036

**MARCH 22, 2024**

---

In Re:    Derrick B. Pierre, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 06-97-0846, 06-98-0961.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

    **WRIT DENIED.** The Clerk of Court of East Baton Rouge Parish has no record of receiving a "Motion to Declare Unconstitutional as Applied Louisiana Legislative Act 2022, No. 750 § I (La. R.S. 15:574.4(2))." Relator should file the motion with the district court before seeking relief from this court.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT